IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: DIMAS, LLC //,

    Plaintiff,

v.

RE: DIMAS, LLC //,

    Defendant.

_____/

No. C-07-04084 JF
NOTICE OF FILING OF BANKRUPTCY APPEAL AND ORDER SETTING STATUS CONFERENCE

RE:
Bankruptcy Case: 02-51420-mm
Adversary No.: 02-5453
BAP No.: n/a
Appellant: Dimas LLC

The appeal has been assigned the following case number C-07-04084 JF before the Honorable Jeremy Fogel.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 11/9/2007 in Courtroom 3, 5th Floor, SJ.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Aug 8, 2007

                            For the Court
                            Richard W. Wieking, Clerk

                            Sandy Morris
_____

By: Deputy Clerk

cc: USBC
    Counsel of Record