```
 1  Steven C. Finley CSB# 074391
    HENNEFER, FINLEY & WOOD, LLP
 2  425 California Street, 19th Floor
    San Francisco, CA 94104
 3  Telephone: (415) 296-0111
    Facsimile:  (415) 296-7111
 4  Email: finley@finleydeaton.com

 5  Special Counsel for Debtor and Appellant DIMAS, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>DIMAS, LLC<br><br>          Debtor and Appellant.<br><br>RE:<br><br>Bankruptcy Case: 02-51420-MM<br>Adversary No. 02-5453<br>BAP No. n/a<br>Appellant: Dimas LLC | Case No.: 5:07-CV-4084 JF<br><br>**NOTICE OF MOTION AND MOTION FOR STAY OF PROCEEDINGS PENDING APPEAL**<br><br>Date: October 12, 2007<br>Time: 9:00 a.m.<br>Courtroom: Hon. Jeremy Fogel |

TO: APPELLEE MILPITAS COUNTRYSIDE ESTATES DEVELOPMENT, INC. AND ITS ATTORNEY OF RECORD AND TO THE UNITED STATES DISTRICT COURT:

PLEASE TAKE NOTICE that Debtor and Appellant DIMAS, LLC hereby moves the Court pursuant to Federal Rule of Bankruptcy 8005 to stay the payment of claim to Milpitas Countryside Estates Development, Inc. ("MCED") in the bankruptcy of debtor Dimas, LLC (No. 02-51420MM) pending this appeal.

Debtor and Appellant's motion is made on grounds that:

1. A prior motion for stay has been presented to the bankruptcy court on August 3, 2007 and denied;

2. There are more than sufficient monies remaining in the bankruptcy estate to pay the MCED claim together with interest, after all Administrative claims and other unsecured creditor claims are paid;

3. In light of the monies remaining in the estate, Debtor and Appellant is entitled to a stay of payment pending this appeal either as of right or as a discretionary stay; and

4. If the stay is not granted and the claim is paid pending appeal, the appeal will be rendered moot because Appellant will in all likelihood never be able to recover the monies paid from MCED.

This Motion for stay pending appeal is based upon this Notice of Motion and the accompanying Memorandum of Points and Authorities, Declaration of Steven C. Finley and Request for Judicial Notice of U.S. Bankruptcy Court records.

Dated: August 23, 2007

Respectfully Submitted,

HENNEFER, FINLEY & WOOD

By _____
Steven C. Finley
Special Counsel for Debtor and Appellant
DIMAS, LLC

DIMAS MCED APPEAL\P- Motion Stay Pending Appeal.doc

COURT SERVICE LIST

Lawrence Smith, Esq.
18 Crow Canyon Court
Suite 205
San Ramon, CA 94583

Javed Ellahie, Esq.
The Ellahie Law Firm
12 S. First St., Suite 600
San Jose, CA 95113

Office of the United States Trustee
280 S. First Street, Suite 268
San Jose, CA 95113-0002

-1-
PROOF OF SERVICE

PROOF OF SERVICE
[Code Civ. Proc. § 1013(a)]

I, the undersigned, declare that I am over the age of eighteen (18) years, and not a party to the within entitled action. I am employed at Hennefer, Finley & Wood, LLP, 425 California Street, 19th Floor, San Francisco, CA 94104. On the date listed below, I caused the following document(s) to be served:

1. **NOTICE OF MOTION AND MOTION FOR STAY OF PROCEEDINGS PENDING APPEAL;**
2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION AND MOTION FOR STAY OF PROCEEDINGS PENDING APPEAL;**
3. **DECLARATION OF STEVEN C. FINLEY IN SUPPORT OF MOTION FOR STAY OF PROCEEDINGS PENDING APPEAL;**
4. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR STAY OF PROCEEDINGS PENDING APPEAL; and**
5. **ORDER**

on the parties in said cause, by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

LAWRENCE E. SMITH, ESQ.
Law Offices of Lawrence E. Smith
18 Crow Canyon Court, Suite 205
San Ramon, CA 94583
925.820.9727

XX   **BY MAIL** Having full knowledge of the outgoing mail system at this firm, in that all mail in the outgoing basket is deposited each evening in the United States Mail, in the City and County of San Francisco, State of California, I enclosed a true copy of said document(s) in a sealed envelope, with fully-paid postage thereon in the outgoing mail basket.

**BY FEDERAL EXPRESS MAIL** I caused each such envelope to be deposited into a designed Federal Express mail box for pick up on the date of execution of this Declaration.

**BY FACSIMILE** I caused the said document to be transmitted by Facsimile machine to the number indicated above.

**BY FEDERAL EXPRESS MAIL** I caused each such envelope to be deposited into a designed Federal Express mail box for pick up on the date of execution of this Declaration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 27, 2007 at San Francisco, California.

_____
Jane Robbins

-1-
PROOF OF SERVICE