Steven C. Finley CSB# 074391
HENNEFER, FINLEY & WOOD, LLP
425 California Street, 19th Floor
San Francisco, CA 94104
Telephone: (415) 296-0111
Facsimile:  (415) 296-7111
Email: finley@finleydeaton.com

Special Counsel for Debtor and Appellant DIMAS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>DIMAS, LLC<br><br>Debtor and Appellant.<br><br>RE:<br><br>Bankruptcy Case: 02-51420-MM<br>Adversary No. 02-5453<br>BAP No. n/a<br>Appellant: Dimas LLC | Case No.: 5:07-CV-4084 JF<br><br>**DECLARATION OF STEVEN C. FINLEY IN SUPPORT OF APPELLANT'S MOTION TO STAY PENDING APPEAL**<br><br>Date:  To be determined<br>Time: To be determined<br>Courtroom: Hon. Jeremy Fogel |

I, Steven C. Finley declare as follows:

1.     I am Special Counsel for Debtor and Appellant Dimas, LLC, appointed by the Bankruptcy Court to represent Dimas, LLC upon the objection to the claim of Milpitas Countryside Estates Development, Inc. ("MCED") and in Dimas' Adversary Proceeding against MCED and John Ho.

2.     On July 24, 2007 the Court's "Memorandum Decision and Order After Trial on Complaint and Debtor's Objection to Claim of Milpitas Countryside Estates Development, Inc." was entered, allowing MCED's claim in the sum of $467,829 and denying Dimas relief on its Adversary Proceeding.

-1-

HENNEFER, FINLEY & WOOD, LLP
ATTORNEYS AT LAW

3.      On August 5, 2007 Dimas filed a Notice of Appeal of the Bankruptcy Court's decision, together with a separate Statement of Election to have the appeal heard by this Court.

4.      On August 3, 2007 Honorable Marilyn Morgan, the Bankruptcy Court Judge, heard and denied Appellant's motion for a stay of the payment of MCED's claim pending this appeal.

5.      Judge Morgan stated the basis for her decision as follows:

1.      As set forth in her Memorandum Decision, she did not believe that there was a likelihood that Appellant would prevail on the merits of its appeal;

2.      In her view, the Appellant would not suffer irreparable harm if this stay was not granted, because Appellant's interest was merely "financial" – in other words the amount of the claim, citing *Elias v. Connett* 908 F.2d 526-7 (9th Cir. 1990); and

3.      The public interest was not furthered by a stay.

6.      At the hearing Judge Morgan agreed that, as the trial judge rendering the decision, she would always be of the view that there was no likelihood of success on appeal.

7.      As set forth in the attached Comerica Bank Statement of Account (Exhibit A), as of June 30, 2007, the estate trust account held by Berliner Cohen as Trustee had a balance of $997,032.74.

8.      Since June 30, 2007, the Court has allowed payment to Dimas of operating expenses of $24,000 and compensation to Dimas' bankruptcy counsel Javed Ellahie, Esq. of $91,102.80, leaving a balance of $881,929.94.

9.      From the balance of $881,929.94 is to be deducted an uncontested unsecured creditor's claim of $150,000 leaving a balance of $731, 929.94.

10.     From this balance may be deducted the sum of $85,863 being fees which the Court

-2-

has reserved or denied without prejudice to Special Counsel Berliner Cohen and which were the subject of a trial on July 23, 2007, presently under submission. <u>This leaves a balance of $646,06.94</u>.

11.    MCED's claim of $467,829 which has been allowed by the Court, together with interest at the federal rate pending appeal is more than adequately protected by the balance in trust.

12.    During the course of the adversary proceeding, when Dimas was considering amending its complaint in the adversary proceeding, MCED's counsel Larry Smith, Esq. informed me that MCED was without funds.

13.    During the trial on MCED's claim and Dimas adversary proceeding, MCED's President Tony Hu testified that foreign nationals, including himself, were the owners of MCED.

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct. Executed at San Francisco, California this 23rd day of August, 2007.

_____
Steven C. Finley

DIMAS MCED APPEAL\P-Stay Pending Appeal Decl scf.doc

DECLARATION OF STEVEN C. FINLEY IN SUPPORT OF APPELLANT'S
MOTION TO STAY PENDING APPEAL

HENNEFER, FINLEY & WOOD, LLP
ATTORNEYS AT LAW

EXHIBIT A

**ComericA Bank**

STATEMENT OF ACCOUI

80850

DIMAS LLC
BERLINER COHEN TRUSTEE
10 ALMADEN BLVD
11TH FLOOR
SAN JOSE CA 95113

*Premium Business Money Market Account* statement
June 1, 2007 to June 30, 2007
Account number 1892955418

Number of items enclosed: 2

## Account summary

| | |
|---|---|
| **Beginning balance** on June 1, 2007 | **$1,090,694.50** |
| *Plus deposits* | |
| Interest | $3,783.04 |
| *Less withdrawals* | |
| Checks | -$97,444.80 |
| **Ending balance** on June 30, 2007 | **$997,032.74** |

**To contact us**
Call
(800) 888-3595

**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
333 W SANTA CLARA ST.
SAN JOSE CA 95113-4350

*Interest rates on June 30, 2007*
Interest rates we paid at the end of this statement period:
- on balances of $1 to $49,999 : 4.46%
- on balances of $50,000 to $99,999 : 4.46%
- on balances of $100,000 to $499,999 : 4.46%
- on balances of $500,000 to $999,999 : 4.46%
- on balances of $1,000,000 to $9,999,998 : 4.46%
- on balances of $9,999,999 or more: 4.46%

**Summary of interest earned**
- Interest paid to you this statement period: $3,783.04
- Total interest paid to you this year: $24,051.68

**Important information**

The possibility of check fraud is very real. Occurrences of check fraud continue to rise nationwide, and this means increased exposure for your company. With Positive Pay fraud protection added to your Comerica commercial checking account, *we can help you reduce your* risk of losses due to check fraud. Positive Pay provides real protection you can count on. For more information, contact your Relationship *Manager or Treasury Management* representative.

**Thank you**

*Thank you for being a Comerica customer. We value the trust and confidence that you continue to place in us.*