Steven C. Finley CSB# 074391
HENNEFER, FINLEY & WOOD, LLP
425 California Street, 19th Floor
San Francisco, CA 94104
Telephone: (415) 296-0111
Facsimile: (415) 296-7111
Email: finley@finleydeaton.com

Special Counsel for Debtor and Appellant DIMAS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No.: 5:07-CV-4084 JF |
| DIMAS, LLC | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO STAY PAYMENT OF CLAIM PENDING APPEAL** |
| *Debtor and Appellant.* | |
| RE: | |
| Bankruptcy Case: 02-51420-MM<br>Adversary No. 02-5453<br>BAP No. n/a<br>Appellant: Dimas LLC | |

Pursuant to Federal Rule of Evidence 201, Appellant Dimas, LLC respectfully requests the Court to take judicial notice of the following records on file with the U.S. Bankruptcy Court, Northern District of California, Case No. 02-51420MM:

| Exhibit | Document |
|---|---|
| A | Voluntary Petition of Dimas, LLC filed in U.S. Bankruptcy Court on March 13, 2002 |
| B | Claims Bar Date of July 9, 2002 in Dimas Bankruptcy No. 02-51420MM |

-1-
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO STAY
PAYMENT OF CLAIM PENDING APPEAL

| Exhibit | Document |
|---|---|
| C | U.S. Bankruptcy Court Case No. 02-51420MM Docket for July 7, 2006 permitting late claim of MCED |
| D | MCED Proofs of Claim for "money loaned" filed October 4 and 19, 2006 |
| E | Joint Venture Agreement of Dimas, LLC and MCED dated June 20, 2001 |
| F | Joint Venture Agreement of Dimas, LLC and MCED dated June 22, 2001 |
| G | Memorandum Decision and Order of U.S. Bankruptcy Court on MCED claim and Adversary Proceeding entered July 24, 2007 |

Dated: August 23, 2007

Respectfully Submitted,

HENNEFER, FINLEY & WOOD

By _____
Steven C. Finley
Special Counsel for Debtor and Appellant
DIMAS, LLC

DIMAS MCED APPEAL\P-Stay Pending Appeal Req. Jud Not.doc

HENNEFER, FINLEY & WOOD, LLP
ATTORNEYS AT LAW

EXHIBIT A

(Official Form 1) (9/97) West Group, Rochester, NY

**FORM B1**

**United States Bankruptcy Court**
**NORTHERN District of CALIFORNIA**

| Name of Debtor (if individual, enter Last, First, Middle):<br>DIMAS, LLC | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>NONE | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (If more than one, state all):<br>94-337-1525 | Soc. Sec./Tax I.D. No. (If more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>1499 COUNTRY CLUB DRIVE<br>Milpitas CA  95035 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: Santa Clara | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>SAME | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (If different from street address above): SAME | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
[ ] Individual(s)        [ ] Railroad
[ ] Corporation          [ ] Stockbroker
[ ] Partnership          [ ] Commodity Broker
[X] Other  LLC

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
[ ] Chapter 7    [X] Chapter 11    [ ] Chapter 13
[ ] Chapter 9    [ ] Chapter 12
[ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
[ ] Consumer/Non-Business    [X] Business

**Filing Fee** (Check one box)
[X] Full Filing Fee attached
[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
[ ] Debtor is a small business as defined in 11 U.S.C. § 101
[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
[X] Debtor estimates that funds will be available for distribution to unsecured creditors.
[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] |

Case # 02-51420 msj
Debtor: Dimas
Judge: Marilyn Morgan
341 Mtg: None Assigned
Tentative - Notice to be mailed
Chapter 11    Office 5-SJ
Filed: 04:07 PM, 03/13/02
Order for Relief
Clerk, U.S. Bankruptcy Court
Northern District of California
Rcpt.# 050024992 - BE
TOTAL PAID: $830.00
by: Javed Ellahie

(Official Form 1) (9/01)                                                                                                       FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

X _*[signature]*_____
Signature of Attorney for Debtor(s)
JAVED I. ELLAHIE (SBN 063340)
Printed Name of Attorney for Debtor(s)
THE ELLAHIE LAW FIRM
Firm Name
12 S. FIRST ST., SUITE 600
Address
SAN JOSE, CA 95113
Telephone Number
(408) 294-0404
Date   3-13-02

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _*Adrienne L. Rakitin*_
Signature of Authorized Individual
Adrienne L. Rakitin
Printed Name of Authorized Individual
Manager-Member
Title of Authorized Individual

Date  3/13/02

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)       Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

EXHIBIT B

| FORM B9F(Alt.) (Chapter 11 Corporation/Partnership Asset Case)(9/97) | Case Number **02-51420mm** |
|---|---|

# UNITED STATES BANKRUPTCY COURT
### Northern District of California (San Jose)

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor listed below was filed on 3/13/02.

You may be a creditor of the debtor. **This notice lists important deadlines**. You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

**Debtor (name(s) and address):**
Dimas

1499 Country Club Dr.
Milpitas, CA 95035

| Case Number:<br>**02-51420 mm** | Taxpayer ID Nos.:<br>94-3371525 |
|---|---|
| Attorney for Debtor (name and address):<br>Javed Ellahie<br>The Ellahie Law Firm<br>12 S 1st St. #600<br>San Jose, CA 95113 | Telephone number: (408) 294-0404 |

## Meeting of Creditors:

Date: **04/10/02**    Time: **11:00 am**

Location: U.S. Federal Bldg., 280 S 1st St. #130, San Jose, CA 95113-3002

## Deadlines to File a Proof of Claim:

Proof of Claim must be received by the bankruptcy clerk's office by the following deadline:

For all creditors (except a governmental unit): **07/09/02**    For a governmental unit: **Must file before 180 days after the date relief was entered.**

## Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>280 S 1st St. #3035<br>San Jose, CA 95113-3099<br>Telephone number: (408)535-5118 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Gloria L. Franklin |
|---|---|
| Hours Open:<br>9:00 am - 4:30 pm (Monday - Friday) | Date:<br>03/14/02 |

010655

EXHIBIT C

*MAIN CASE*                                                PreAct, APPEAL

## U.S. Bankruptcy Court
### Northern District of California (San Jose)
### Bankruptcy Petition #: 02-51420

*Assigned to:* Judge Marilyn Morgan                        *Date Filed:* 03/13/2002
Chapter 11
Voluntary
Asset

*Debtor*
**Dimas**                                                  represented by **Christine H. Long**
c/o Adrienne Rakitan                                       Law Offices of Berliner and
1309 Oakland Rd #14                                        Cohen
San Jose, CA 95112                                         10 Almaden Blvd. 11th Fl.
Tax id: 94-3371525                                         San Jose, CA 95113-2233
                                                           (408) 286-5800
                                                           Email: chl@berliner.com

                                                           **Javed I. Ellahie**
                                                           The Ellahie Law Firm
                                                           12 S 1st St. #600
                                                           P.O. Box 1638
                                                           San Jose, CA 95113
                                                           (408) 294-0404
                                                           Email: javed@ellahie.net

                                                           **Steven C. Finley**
                                                           Law Offices of Finley and
                                                           Deaton
                                                           1 Embarcadero Center #880
                                                           San Francisco, CA 94111
                                                           (415) 296-0111
                                                           Email:
                                                           finley@finleydeaton.com

*Responsible Ind*
**Adrienne L. Rakitin**
1499 Country Club Dr.
Milpitas, CA 95035
(408)

*U.S. Trustee*                                             represented by **Nanette Dumas**
**Office of the U.S. Trustee / SJ**                        Office of the U.S. Trustee
U.S. Federal Bldg.                                         280 S 1st St. #268
280 S 1st St. #268                                         San Jose, CA 95113

| | | | |
|---|---|---|---|
| | | | (Entered: 07/07/2006) |
| 07/07/2006 | | 435 | Order Granting Motion for Miscellaneous Relief(Related Doc # 433) (aw, ) (Entered: 07/07/2006) |
| 07/07/2006 | | 437 | Order To Set Hearing (RE: related document(s)288 Amended Disclosure Statement filed by Debtor Dimas). Hearing scheduled for 8/3/2006 at 11:00 AM at SanJose Courtroom 3070 - Morgan. (aw, ) (Entered: 07/11/2006) |
| 07/07/2006 | | 440 | Hearing Set On (RE: related document(s)341 Objection to Claim). Re: MILPITAS COUNTRYSIDE ESTATES & DEVELOPMENT Status Conference to be held on 9/14/2006 at 01:30 PM at SanJose Courtroom 3070 - Morgan. (mem, ) (Entered: 07/13/2006) |
| ✓ 07/07/2006 | | 441 | Hearing Held (RE: related document(s)341 Objection to Claim of Milipitas Countryside Estates Development, Inc. (Unfiled Claim) Filed by Debtor Dimas. (Ellahie, Javed)). Court's ruling, the late filed claim is allowed. The court will determine the amount of the claim at a later time. Continued for trial setting conference to 9/14/06 at 1:30 p.m. (consolidated for trial with adv. no. 02-5453) (mem, ) (Entered: 07/13/2006) |
| 07/09/2006 | | 436 | BNC Certificate of Mailing (RE: related document(s)435 Order on Motion for Miscellaneous Relief). Service Date 07/09/2006. (Admin.) (Entered: 07/10/2006) |
| 07/12/2006 | | 438 | Operating Report for Filing Period May, 2006 Filed by Debtor Dimas (Ellahie, Javed) (Entered: 07/12/2006) |
| 07/12/2006 | | 439 | Certificate of Service re: Operating Report - May, 2006 (RE: related document(s)438 Operating Report). (Ellahie, Javed) (Entered: 07/12/2006) |
| 08/03/2006 | | 442 | Hearing Held (RE: related document(s)288 Amended Disclosure Statement Filed by Debtor Dimas. (Ellahie, Javed)). Off calendar, notice of hearing is not on file. (mem, ) (Entered: 08/03/2006) |
| 08/11/2006 | | 443 | Chapter 11 Plan of Reorganization (Second Amended) Filed by Debtor Dimas. (Ellahie, Javed)ERROR: WRONG EVENT SELECTED. THE CORRECT EVENT IS AMENDED PLAN. Modified on 8/14/2006 (jd, ). (Entered: 08/11/2006) |
| 08/11/2006 | | 444 | Second Amended Disclosure Statement Filed by Debtor Dimas. (Attachments: # 1 Exhibit A- Order & Settlement Agreement |