Steven C. Finley CSB# 074391
HENNEFER, FINLEY & WOOD, LLP
425 California Street, 19th Floor
San Francisco, CA 94104
Telephone: (415) 296-0111
Facsimile: (415) 296-7111
Email: finley@finleydeaton.com

Special Counsel for Debtor and Appellant DIMAS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>DIMAS, LLC<br><br>          Debtor and Appellant.<br><br>RE:<br><br>Bankruptcy Case: 02-51420-MM<br>Adversary No. 02-5453<br>BAP No. n/a<br>Appellant: Dimas LLC | Case No.: 5:07-CV-4084 JF<br><br>**[PROPOSED] ORDER STAYING PAYMENT OF CLAIM PENDING APPEAL** |

Upon the Motion of Debtor and Appellant Dimas, LLC pursuant to Federal Rule of Bankruptcy 8005 to Stay Payment of the claim of Milpitas Countryside Estates Development, Inc. ("MCED") pending the outcome of its appeal, and FOR GOOD CAUSE APPEARING, the Court hereby ORDERS that payment of MCED's claim in the U.S. Bankruptcy Court be stayed pending the outcome of Debtor's appeal.

IT IS SO ORDERED.

* * * END OF ORDER * * *