Lawrence E. Smith (#083899)
18 Crow Canyon Court
Suite 205
San Ramon, California 94583
Telephone: (925) 820-4310
Facsimile: (925) 820-9727
Email: larry@lesmithlaw.com

Attorney for Creditor and Respondent
Milpitas Countryside Estates Development, Inc

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>    DIMAS, LLC,<br><br>        Debtor And Appellant<br>_____<br><br>RE:<br><br>    Bankruptcy Case No. 02-51420MM<br>    Adversary No. 02-5453<br>    Appellant: Dimas LLC<br>_____ | Case No.: 5:07-CV-4084 JF<br><br>DECLARATION OF TONY HU IN OPPOSITION TO MOTION FOR STAY OF PROCEEDINGS PENDING APPEAL<br><br>Date: October 12, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Jeremy Fogel |

I, Tony Hu, declare:

    1. I am the president of Milpitas Countryside Estates Development, Inc. ("Milpitas").

DECLARATION OF TONY HU IN OPPOSITION TO MOTION FOR STAY OF
PROCEEDINGS PENDING APPEAL -- Case No.: 5:07-CV-4084 JF

1

2. Milpitas is owned 60 percent by me and 40 percent by George Miao. Mr. Miao and I are each citizens of the United States of America.

3. I own a home in California with equity in excess of one million dollars, where my family lives. I have no intention of selling the home, since my son and daughter are United States citizens and plan on remaining in the United States indefinitely, as I do.

4. Mr. Miao owns a home and commercial property in California with equity of several million dollars. I have no reason to believe that Mr. Miao intends to leave the United States or dispose of his home, although he may sell the commercial property.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on September 21, 2007.

_____
Tony Hu

DECLARATION OF TONY HU IN OPPOSITION TO MOTION FOR STAY OF PROCEEDINGS PENDING APPEAL -- Case No.: 5:07-CV-4084 JF