Lawrence E. Smith (#083899)
18 Crow Canyon Court
Suite 205
San Ramon, California 94583
Telephone:  (925) 820-4310
Facsimile:  (925) 820-9727
Email:  larry@lesmithlaw.com

Attorney for Creditor and Respondent
Milpitas Countryside Estates Development, Inc

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>    DIMAS, LLC,<br><br>        Debtor And Appellant<br>_____<br><br>RE:<br><br>    Bankruptcy Case No.  02-51420MM<br>    Adversary No. 02-5453<br>    Appellant:  Dimas LLC<br>_____ | Case No.: 5:07-CV-4084 JF<br><br>REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO MOTION FOR STAY OF PROCEEDINGS PENDING APPEAL<br><br>Date:   October 12, 2007<br>Time:    9:00 a.m.<br>Judge:  Hon. Jeremy Fogel |

REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO MOTION FOR STAY OF PROCEEDINGS PENDING APPEAL -- Case No.: 5:07-CV-4084 JF

1

Appellee Milpitas Countryside Estates Development, Inc., request the Court to take judicial notice of the following records on file with the United States Bankruptcy Court, Northern District of California, Case No. 02-51420 MM:

<u>Exhibit</u>     <u>Document</u>

1. TRANSCRIPT OF CONTINUED HEARING ON OBJECTION TO CLAIM RE MILPITAS COUNTRYSIDE ESTATES & DEVELOPMENT, INC., dated July 7, 2006

2. MOTION OF DEBTOR DIMAS, LLC TO STAY PAYMENT OF CLAIM PENDING APPEAL, filed August 2, 2007

3. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF DEBTOR DIMAS, LLC TO STAY PAYMENT OF CLAIM PENDING APPEAL, filed August 2, 2007

4. DECLARATION OF STEVEN C. FINLEY IN SUPPORT OF MOTION OF DEBTOR DIMAS, LLC TO STAY PAYMENT OF CLAIM PENDING APPEAL, filed August 2, 2007

          Respectfully submitted,

          _____
          Lawrence E. Smith
          Attorney for Milpitas Countryside Estates Development, Inc.

REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO MOTION FOR STAY OF PROCEEDINGS PENDING APPEAL -- Case No.: 5:07-CV-4084 JF

2