Steven C. Finley CSB# 074391
HENNEFER, FINLEY & WOOD, LLP
425 California Street, 19th Floor
San Francisco, CA 94104
Telephone:  (415) 296-0111
Facsimile:  (415) 296-7111
Email: finley@finleydeaton.com

Special Counsel for Debtor Dimas, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 02-51420-MM |
| DIMAS, LLC, | Chapter 11 |
|             Debtor. | |

| | |
|---|---|
| DIMAS, LLC, | Adversary No. 02-5453 |
|           Plaintiff, | **MOTION OF DEBTOR DIMAS, LLC TO STAY PAYMENT OF CLAIM PENDING APPEAL** |
| vs. | Date:  August 3, 2007 |
| INVESTMENT GRADE LOANS, ANDY LEWIS, MILPITAS COUNTRYSIDE ESTATES DEVELOPMENT, INC., THE FORECLOSURE COMPANY, JOHN HO, AND DOES 1 through 40, | Time: 11:00 a.m.<br>Courtroom: Hon. Marilyn Morgan |
|          Defendants. | |

Pursuant to Federal Rule of Bankruptcy Procedure 8005, Debtor DIMAS, LLC hereby moves the Court to stay enforcement of the Court's Order after trial on debtor's objection to the claim of Milpitas Countryside Estates Development, Inc. ("MCED") and payment of MCED's claim pending appeal.

///

///

///

MOTION OF DEBTOR DIMAS, LLC TO STAY PAYMENT OF CLAIM PENDING APPEAL

This motion is made for the following reasons:

1.     Debtor DIMAS, LLC intends to appeal the Court's Memorandum Decision entered July 24, 2007 to the U.S. District Court;

2.     *As set forth in the accompanying Declaration of Steven C. Finley, there are and will be sufficient funds held in the estate's trust account to pay MCED's unsecured creditor's claim plus interest at the legal federal rate pending appeal;* and

3.     Federal Rule of Bankruptcy Procedure 8005 requires that a motion for stay of a bankruptcy court judgment or order be presented to the bankruptcy judge in the first instance.

This motion is based upon this document, together with the accompanying Memorandum of Points and Authorities and Declaration of Steven C. Finley.

By this Motion, Debtor DIMAS, LLC requests the Court to stay enforcement of its Order and payment of MCED's claim pending appeal.

Dated: August 2, 2007

RESPECTFULLY SUBMITTED,

HENNEFER FINLEY & WOOD, LLP

By _____

Steven C. Finley
*Special Counsel for Dimas, LLC*

\RAKITIN.Dimas\STAY\P-motion to stay.doc

HENNEFER, FINLEY & WOOD, LLP

COURT SERVICE LIST

Lawrence Smith, Esq.
18 Crow Canyon Court
Suite 205
San Ramon, CA 94583

Javed Ellahie, Esq.
The Ellahie Law Firm
12 S. First St., Suite 600
San Jose, CA 95113

Mark Bostick
mbostick@wendel.com,
bcolclough@wendel.com,bankruptcy@wendel.com

Nanette Dumas
nanette.dumas@usdoj.gov

Javed I. Ellahie
javed@ellahie.net

Brette L. Evans
brettelevans@sbcglobal.net

Steven C. Finley
finley@finleydeaton.com

Sidney C. Flores
floreslawfirm@yahoo.com

Robert G. Harris
rob@bindermalter.com

Christine H. Long
chl@berliner.com

Office of the U.S. Trustee / SJ
USTPRegion17.SJ.ECF@usdoj.gov

Laura A. Palazzolo
laura.palazzolo@berliner.com

Michael E. Stone
mikeestone@yahoo.com

Lawrence Smith
larry@lesmithlaw.com

HENNEFER, FINLEY & WOOD, LLP
ATTORNEYS AT LAW

-1-

**PROOF OF SERVICE**

PROOF OF SERVICE
[Code Civ. Proc. § 1013(a)]

I, the undersigned, declare that I am over the age of eighteen (18) years, and not a party to the within entitled action. I am employed at Hennefer, Finley & Wood, LLP, 425 California Street, 19th Floor, San Francisco, CA 94104.  On the date listed below, I caused the following document(s) to be served:

1.    MOTION TO OF DEBTOR DIMAS, LLC TO STAY PAYMENT OF CLAIM PENDING APPEAL;
2.    *DECLARATION OF STEVEN C. FINLEY IN SUPPORT THEREOF;*
3.    MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; and
4.    ORDER

on the parties in said cause, by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

LAWRENCE E. SMITH, ESQ.
925.820.9727

XX          **BY FACSIMILE** I caused the said document to be transmitted by Facsimile machine to the number indicated above.

Courtesy Copies
Madelyn Choi
*Clerk for The Honorable Marilyn Morgan*
U.S. Bankruptcy Court
Northern District of California
280 South First Street, Room 3035
San Jose, CA  95113-3099

XX          **BY  FEDERAL EXPRESS MAIL** I caused each such envelope to be deposited into a designed Federal Express mail box for pick up on the date of execution of *this Declaration.*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 2, 2007 at San Francisco, California.

Jane Robbins

HENNEFER, FINLEY & WOOD, LLP
*ATTORNEYS AT LAW*

-1-
**PROOF OF SERVICE**