Steven C. Finley CSB# 074391
HENNEFER, FINLEY & WOOD, LLP
425 California Street, 19th Floor
San Francisco, CA 94104
Telephone: (415) 296-0111
Facsimile: (415) 296-7111
Email: finley@finleydeaton.com

Special Counsel for Debtor Dimas, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DIMAS, LLC,<br><br>Debtor. | Case No. 02-51420-MM<br><br>Chapter 11 |
| DIMAS, LLC,<br>Plaintiff,<br>vs.<br>INVESTMENT GRADE LOANS, ANDY LEWIS, MILPITAS COUNTRYSIDE ESTATES DEVELOPMENT, INC., THE FORECLOSURE COMPANY, JOHN HO, AND DOES 1 through 40,<br>Defendants. | Adversary No. 02-5453<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF DEBTOR DIMAS, LLC TO STAY PAYMENT OF CLAIM PENDING APPEAL**<br><br>Date: August 3, 2007<br>Time: 11:00 a.m.<br>Courtroom: Hon. Marilyn Morgan |

## I. INTRODUCTION

Debtor DIMAS, LLC wishes to appeal the Court's Memorandum Decision entered July 24, 2007 allowing MCED's claim and denying relief on DIMAS' adversary proceeding against MCED and John Ho. DIMAS has sufficient funds in trust in its estate account to pay MCED's claims, plus interest at the federal legal rate pending appeal.

If MCED's claim is paid pending appeal, and DIMAS is successful in its appeal, DIMAS will be unable to recover any of the monies paid from MCED which is wholly owned by a foreign national (Tony Hu). On the other hand retention of the monies in the estate trust account pending appeal adequately protects MCED and in no way prejudices MCED as an unsecured creditor which <u>is only entitled to be paid after payment of all administrative claims</u>.

Accordingly, the Debtor requests that the Court stay enforcement of the Order and payment of the claim pending appeal.

## II.    FEDERAL RULE OF BANKRUPTCY PROCEDURE 8005 AUTHORIZES A STAY PENDING APPEAL.

Federal Rule of Bankruptcy Procedure 8005 requires that a motion for a stay of a judgment or order of the bankruptcy judge be presented to the bankruptcy judge in the first instance. A stay may be issued where the interestS of the appellee are sufficiently protected, for example by the filing of a supersedeas bond.

In the present case the filing of supersedeas bond is unnecessary, since as set forth in the accompanying Declaration of Steven C. Finley, there are more than adequate funds in the estate's trust account to pay MCED's claim, plus interest at the legal federal rate pending appeal. There is approximately $180,000 in excess of the allowed claim, after deducting recent payments to the Debtor for operating expenses, fees allowed to bankruptcy counsel and the remaining Berliner Cohen fees in dispute and under submission with the Court.

///

///

///

///

### III. CONCLUSION

Debtor DIMAS, LLC respectfully requests that the Court stay enforcement of its order and payment of the claim pending appeal.

Dated: August 2, 2007

RESPECTFULLY SUBMITTED,

HENNEFER, FINLEY & WOOD, LLP

By _____
Steven C. Finley
Special Counsel for Dimas, LLC

RAKITIN.Dimas\STAY\MPA2.doc