Steven C. Finley CSB# 074391
HENNEFER, FINLEY & WOOD, LLP
425 California Street, 19th Floor
San Francisco, CA 94104
Telephone: (415) 296-0111
Facsimile: (415) 296-7111
Email: finley@finleydeaton.com

Special Counsel for Debtor Dimas, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DIMAS, LLC,<br><br>        Debtor. | Case No. 02-51420-MM<br><br>Chapter 11 |
| DIMAS, LLC,<br>        Plaintiff,<br>vs.<br><br>INVESTMENT GRADE LOANS, ANDY LEWIS, MILPITAS COUNTRYSIDE ESTATES DEVELOPMENT, INC., THE FORECLOSURE COMPANY, JOHN HO, AND DOES 1 through 40,<br><br>        Defendants. | Adversary No. 02-5453<br><br>**DECLARATION OF STEVEN C. FINLEY IN SUPPORT OF DEBTOR DIMAS, LLC TO STAY PAYMENT OF CLAIM PENDING APPEAL**<br><br>Date: August 3, 2007<br>Time: 11:00 a.m.<br>Courtroom: Hon. Marilyn Morgan |

I, Steven C. Finley declare as follows:

    1.    I am Special Counsel for Debtor DIMAS, LLC appointed by the Court to represent Debtor upon the objection to the claim of Milpitas Countryside Estates Development, Inc. ("MCED") and in Debtor's Adversary Proceeding against MCED and John Ho.

2. On July 24, 2007, the Court's "Memorandum Decision and Order After Trial on Complaint and Debtor's Objection to Claim of Milpitas Countryside Estates Development, Inc." was entered.

3. *After review of the Court's decision, the facts stated, the authorities cited and the conclusions of law entered, I believe that there are good and sufficient grounds for appeal of the Court's decision allowing MCED's claim of $467,829 and denying DIMAS relief on its Complaint.*

4. It is Debtor's intention to file a Notice of Appeal of the Court's decision to the U.S. District Court pursuant to Federal Rule of Bankruptcy 8001. The deadling for the filing of a Notice of Appeal is Monday, August 6, 2007.

5. As of June 30, 2007 the estate trust account held by Berliner Cohen had a balance of $997,032.74. Since that date the Court has allowed payment to DIMAS for operating expenses of $24,000 and compensation to DIMAS' bankruptcy counsel Javad Ellahie, Esq. of $91,102.80, leaving a balance of $881,929.94.

6. From the balance of $881,929.94 is to be deducted an unsecured creditor's claim of $150,000 leaving a balance of $731,929.94.

7. From this balance may be deducted the sum of $85,863 being fees which the Court has reserved or denied without prejudice to Special Counsel Berliner Cohen and which were the subject of a trial on July 23, 2007, presently under submission. <u>This leaves a balance of $646,066.94</u>.

8. MCED's claim of $467,829 which has been allowed by the Court, together with interest at the legal federal rate pending appeal is more than adequately protected by the balance in trust.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at San Francisco, California this 2nd day of August 2007

By _____
Steven C. Finley
Special Counsel for Dimas, LLC

RAKITIN.Dimas\STAY\DECLARATIAON2.doc
Case No. 02-51420 MM                                    2
DECLARATION OF STEVEN C. FINLEY IN SUPPORT DEBTOR DIMAS, LLC TO STAY PAYMENT OF CLAIM PENDING APPEAL

Steven C. Finley CSB# 074391
HENNEFER, FINLEY & WOOD, LLP
425 California Street, 19th Floor
San Francisco, CA 94104
Telephone: (415) 296-0111
Facsimile: (415) 296-7111
Email: finley@finleydeaton.com

Special Counsel for Debtor Dimas, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DIMAS, LLC,<br><br>        Debtor.<br> | Case No. 02-51420-MM<br><br>Chapter 11 |
| DIMAS, LLC,<br>        Plaintiff,<br>vs.<br><br>INVESTMENT GRADE LOANS, ANDY LEWIS, MILPITAS COUNTRYSIDE ESTATES DEVELOPMENT, INC., THE FORECLOSURE COMPANY, JOHN HO, AND DOES 1 through 40,<br>        Defendants. | Adversary No. 02-5453<br><br>**ORDER GRANTING MOTION OF DIMAS, LLC TO STAY PAYMENT OF CLAIM PENDING APPEAL**<br><br>Proposed Date: August 3, 2007<br>Time: 11:00 a.m.<br>Courtroom: Hon. Marilyn Morgan |

        The Motion of Debtor DIMAS, LLC to Stay Payment of MCED Claim Pending Appeal came on for hearing before the Court on shortened time on August 3, 20076 at 11:00a.m. steven C. Finley, Esq. appeared as Special Counsel for debtor DIMAS, LLC.

//

1  Having reviewed Debtor's moving papers and opposition to the Motion, the Court hereby
2  GRANTS the Motion and Orders payment of MCED's claim stayed pending appeal.
3  IT IS SO ORDERED.

* * * END OF ORDER * * *