Steven C. Finley CSB# 074391
HENNEFER, FINLEY & WOOD, LLP
425 California Street, 19th Floor
San Francisco, CA 94104
Telephone: (415) 296-0111
Facsimile: (415) 296-7111
Email: finley@finleydeaton.com

Special Counsel for Debtor and Appellant DIMAS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>DIMAS, LLC<br><br>    Debtor and Appellant.<br><br>RE:<br><br>Bankruptcy Case: 02-51420-MM<br>Adversary No. 02-5453<br>BAP No. n/a<br>Appellant: Dimas LLC | Case No.: 5:07-CV-4084 JF<br><br>**REPLY DECLARATION OF STEVEN C. FINLEY IN SUPPORT OF APPELLANT'S MOTION FOR STAY PENDING APPEAL**<br><br>Date: October 12, 2007<br>Time: 9:00 a.m.<br>Courtroom: Hon. Jeremy Fogel |

I, Steven C. Finley declare as follows:

  2. I am Special Counsel for Debtor and Appellant Dimas, LLC, appointed by the Bankruptcy Court to represent Dimas, LLC upon the objection to the claim of Milpitas Countryside Estates Development, Inc. ("MCED") and in Dimas' Adversary Proceeding against MCED and John Ho.

  2. Attached hereto as Exhibit A is a statement of the estate's trust account held by Berliner Cohen as trustee as at August 31, 2007 showing a balance of $887,923, together with a listing of disbursements prepared by Berliner Cohen.

-1-
REPLY DECLARATION OF STEVEN C. FINLEY IN SUPPORT OF APPELLANT'S MOTION FOR STAY PENDING APPEAL

3. All legal fees and costs incurred in connection with this case prior to appeal have been paid as at August 31, 2007.

4. As shown in the Statement of Account attached as Exhibit A and the Statement of Account as at June 30, 2007 attached to my moving declaration as Exhibit A, interest in excess of $3,000 per month is accruing to the estate account.

5. The only adversary proceeding which remains in this bankruptcy is *Dimas, LLC v. Lewis*, Adv. No. 07-5094, in which Dimas is seeking recovery of approximately $22,000 in legal fees as prevailing party on an unsuccessful administrative claim made by defendants Lewis. I represent Dimas in that adversary proceeding. Legal fees and costs for the adversary proceeding are estimated not to exceed $10,000.

6. I am representing Dimas in this appeal and I estimate that legal fees and costs for this appeal will not to exceed $50,000.

7. There are no other administrative fees chargeable or potentially chargeable to the estate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is within my personal knowledge and is true and correct. Executed at San Francisco, California this 28th day of August, 2007.

_____
Steven C. Finley

-2-
REPLY DECLARATION OF STEVEN C. FINLEY IN SUPPORT OF APPELLANT'S MOTION FOR STAY PENDING APPEAL

**EXHIBIT A**

# STATEMENT OF ACCOUNT

80850

DIMAS LLC
BERLINER COHEN TRUSTEE
10 ALMADEN BLVD
11TH FLOOR
SAN JOSE CA 95113

*Premium Business Money Market Account* statement
August 1, 2007 to August 31, 2007
Account number 1892955418

Number of items enclosed: 1

## Account summary

| | |
|---|---|
| Beginning balance on August 1, 2007 | $885,470.13 |
| *Plus deposits* | |
| Interest | $3,203.35 |
| *Less withdrawals* | |
| Checks | -$750.00 |
| Ending balance on August 31, 2007 | $887,923.48 |

**To contact us**
Call
(800) 888-3595

Visit our web site
www.comerica.com

Write to us
COMERICA BANK
333 W SANTA CLARA ST.
SAN JOSE CA 95113-4350

**Interest rates on August 31, 2007**
Interest rates we paid at the end of this statement period:
- on balances of $1 to $4,999 : 4.26%
- on balances of $5,000 to $14,999 : 4.26%
- on balances of $15,000 to $24,999 : 4.26%
- on balances of $25,000 to $49,999 : 4.26%
- on balances of $50,000 to $99,999 : 4.26%
- on balances of $100,000 to $499,999 : 4.26%
- on balances of $500,000 to $999,999 : 4.26%
- on balances of $1,000,000 or more: 4.26%

**Important information**

Comerica's online deposit capture solution -- Comerica Business Deposit Capture -- lets you scan checks and deposit items for electronic posting to your Comerica account and gives you access from virtually anywhere. It saves you time and cost of delivering or mailing paper items, providing faster deposit of your funds to your account. Please contact your Treasury Management Sales Officer today for more details.

**Summary of interest earned**
- Interest paid to you this statement period: $3,203.35
- Total interest paid to you this year: $30,795.22

**Thank you**

Thank you for being a Comerica customer. We value the trust and confidence that you continue to place in us.

DIMAS, LLC
12389-001
1892955418

| Date | Description | check # | Deposits | Interest | Disbursements | Balance |
|---|---|---|---|---|---|---|
| 10/27/2005 | WIRE | WIRE | 1,800,000.00 | | | 1,800,000.00 |
| 10/31/2005 | INTEREST | INTEREST | | 801.36 | | 1,800,801.36 |
| 11/24/2005 | Dimas, LLC | 91 | | | 15,000.00 | 1,785,801.36 |
| 11/30/2005 | INTEREST | INTEREST | | 4,987.98 | | 1,790,789.34 |
| 12/28/2005 | BC | 92 | | | 440,104.51 | 1,350,684.83 |
| 12/30/2005 | BC | 93 | | | 41,139.27 | 1,309,545.56 |
| 12/31/2005 | INTEREST | INTEREST | | 5,176.80 | | 1,314,722.36 |
| 1/31/2006 | INTEREST | INTEREST | | 3,886.14 | | 1,318,608.50 |
| 2/8/2006 | Elahie Law Firm | 94 | | | 139,944.90 | 1,178,663.60 |
| 2/9/2006 | Alfred V. Reuter | 95 | | | 16,854.00 | 1,161,809.60 |
| 2/28/2006 | INTEREST | INTEREST | | 3,210.39 | | 1,165,019.99 |
| 3/30/2006 | VOID | 96 | | | | 1,165,019.99 |
| 3/30/2006 | Dimas, LLC | 97 | | | 1,500.00 | 1,163,519.99 |
| 3/31/2006 | INTEREST | | | 3,650.99 | | 1,167,170.98 |
| 4/30/2006 | INTEREST | | | 3,710.00 | | 1,170,880.98 |
| 5/31/2006 | INTEREST | | | 4,004.73 | | 1,174,885.71 |
| 6/8/2006 | Dimas, LLC | 98 | | | 24,000.00 | 1,150,885.71 |
| 6/9/2006 | Dimas, LLC | 99 | | | 3,750.00 | 1,147,135.71 |
| 6/30/2006 | INTEREST | | | 3,984.90 | | 1,151,120.61 |
| 7/31/2006 | INTEREST | | | 4,278.39 | | 1,155,399.00 |
| 8/31/2006 | INTEREST | | | 4,434.83 | | 1,159,833.83 |
| 8/30/2006 | INTEREST | | | 4,432.79 | | 1,164,266.62 |
| 10/31/2006 | INTEREST | | | 4,598.06 | | 1,168,864.68 |
| 11/30/2006 | INTEREST | | | 4,467.30 | | 1,173,331.98 |
| 12/11/2006 | Dimas, LLC | 100 | | | 24,000.00 | 1,149,331.98 |
| 12/31/2006 | INTEREST | | | 4,572.71 | | 1,153,904.69 |
| 1/4/2007 | BC | 10868 | | | 83,478.83 | 1,070,425.86 |
| 1/31/2007 | INTEREST | | | 4,188.97 | | 1,074,614.83 |
| 2/28/2007 | INTEREST | | | 3,750.84 | | 1,078,365.67 |
| 3/31/2007 | INTEREST | | | 4,167.22 | | 1,082,532.89 |
| 4/30/2007 | INTEREST | | | 4,045.71 | | 1,086,578.60 |
| 5/31/2007 | INTEREST | | | 4,115.90 | | 1,090,694.50 |
| 6/4/2007 | Dimas, LLC | 10869 | | | 1,000.00 | 1,089,694.50 |
| 6/11/2007 | Hennefer, Finley & Wood | 10870 | | | 96,444.80 | 993,249.70 |
| 6/30/2007 | INTEREST | | | 3,783.04 | | 997,032.74 |
| 7/19/2007 | Dimas, LLC | 10871 | | | 24,000.00 | 973,032.74 |
| 7/29/2007 | Elahie Law Firm | 10872 | | | 91,102.80 | 881,929.94 |
| 7/31/2007 | INTEREST | | | 3,540.19 | | 885,470.13 |
| 8/23/2007 | Dimas, LLC | 10873 | | | 750.00 | 884,720.13 |
| 8/31/2007 | INTEREST | | | 3,203.35 | | 887,923.48 |