Steven C. Finley CSB# 074391
HENNEFER, FINLEY & WOOD, LLP
425 California Street, 19th Floor
San Francisco, CA 94104
Telephone: (415) 296-0111
Facsimile: (415) 296-7111
Email: finley@finleydeaton.com

Special Counsel for Debtor and Appellant DIMAS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>DIMAS, LLC<br><br>              Debtor and Appellant.<br><br>RE:<br><br>Bankruptcy Case: 02-51420-MM<br>Adversary No. 02-5453<br>BAP No. n/a<br>Appellant: Dimas LLC | Case No.: 5:07-CV-4084 JF<br><br>**REQUEST FOR JUDICIAL NOTICE OF TRANSCRIPT OF HEARING IN BANKRUPTCY COURT**<br><br>Date: October 12, 2007<br>Time: 9:00 a.m.<br>Courtroom: Hon. Jeremy Fogel |

    Debtor and appellant Dimas, LLC respectfully requests the Court to take judicial notice of the certified transcript of the hearing on appellant's motion to stay payment of claim pending appeal heard in the bankruptcy court on August 3, 2007, and attached hereto as Exhibit A.

Dated: October 3, 2007

Respectfully Submitted,

HENNEFER, FINLEY & WOOD

By /s/ Steven C. Finley
Steven C. Finley
Special Counsel for Debtor and Appellant
DIMAS, LLC

-1-
REQUEST FOR JUDICIAL NOTICE OF TRANSCRIPT OF HEARING IN BANKRUPTCY COURT

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE MARILYN MORGAN, JUDGE

| | |
|---|---|
| In Re: ) | Case No. 02-51420-MM |
| ) | Chapter 11 |
| DIMAS, LLC, ) | |
| ) | |
| Debtor. ) | |
| _____ ) | |
| ) | |
| DIMAS, LLC, and ADRIENNE RAKITIN, ) | Adv. No. 02-5453 |
| ) | |
| Plaintiffs, ) | |
| ) | DEBTOR/PLAINTIFF'S |
| v. ) | MOTION to STAY PAYMENT |
| ) | of CLAIM PENDING APPEAL |
| INVESTMENT GRADE LOANS, et al., ) | |
| ) | |
| Defendants. ) | Friday, August 3, 2007 |
| _____ ) | San Jose, California |

Appearances:

| | |
|---|---|
| For the Debtor: | Steven C. Finley, Esq. |
| | Hennefer, Finley & Wood, LLP |
| | 425 California Street, 19th Floor |
| | San Francisco, California 94104 |
| | |
| For Milpitas Countryside Estates Development, Inc. (via telephone): | Lawrence E. Smith, Esq. |
| | Law Offices of Lawrence E. Smith |
| | 18 Crow Canyon Court, Suite 204 |
| | San Ramon, California 94583 |
| | |
| Digital Court Recorder: | United States Bankruptcy Court |
| | Clerk of the Court |
| | Erica Rendler |
| | 280 South First Street, Room 3035 |
| | San Jose, California 95113 |
| | (408) 535-5005 |
| | |
| Certified Electronic Transcriber: | Palmer Reporting Services |
| | P. O. Box 30727 |
| | Stockton, California 95213-0727 |

Proceedings recorded by digital recording;
transcript produced by federally-approved transcription service.

*Motion to Stay Payment of Claim Pending Appeal*  2

1  Friday, August 3, 2007                           11:37 o'clock a.m.
2                       P R O C E E D I N G S
3          THE CLERK: Item 5, Dimas versus Investment Grade
4  Loans.
5          MR. FINLEY: Good morning, Your Honor. Steven Finley
6  representing the debtor.
7          THE COURT: Okay. Good morning, Mr. Finley.
8          MR. SMITH: Good morning, Your Honor. This is Larry
9  Smith representing Milpitas Countryside Estates Development,
10 Inc.
11         THE COURT: Okay. And good morning to you, Mr. Smith.
12         Do you have anything further for the record?
13         MR. FINLEY: Nothing, Your Honor. It's in my motion.
14         THE COURT: Right. I did review your pleadings. And
15 basically one of the problems that I had was that you didn't
16 really address the factors that I'm required to consider in
17 determining whether or not to grant you a stay pending appeal.
18         First of all, you have to show, one, that it's —
19 excuse me — that you're likely to succeed on the merits of the
20 appeal. Secondly, that the appellant will suffer irreparable
21 injury. Third, that no harm will come to the appellee. Fourth,
22 that the stay will do no harm to the public interest.
23         And the case that I'm going to cite you that lays out
24 all of those standards is *In re Wymer*, which you can find at 5
25 BR 802, page 806. It's a Bankruptcy Appellate Panel case from

*Motion to Stay Payment of Claim Pending Appeal* 3

1 1980.
2      And the test represents the outer reaches of a single
3 continuum and the relative hardship to the parties is the
4 critical element in deciding whether or not a stay is warranted.
5      Here, for the reasons that I stated in my memorandum
6 of decision and order after trial, it doesn't appear to me that
7 the appellant is likely to succeed on the merits of the appeal.
8 Secondly, the monetary harm does not constitute irreparable
9 injury. And I'm going to cite you here to a Ninth Circuit case,
10 *Elias versus Connett*, 908 F.2d 521, page 526 through '27, Ninth
11 Circuit 1990.
12      This is not a dispute that implicates the public
13 interest, but it merely involves the private rights between two
14 parties.
15      And for all of those reasons the request for a stay
16 pending appeal is denied.
17      MR. FINLEY: Can I say something, Your Honor?
18      THE COURT: You can take it on up to the Bankruptcy
19 Appellate Panel now. That's your next stop.
20      MR. FINLEY: Your Honor, this is an unsecured
21 creditor's claim. So I assume that it would not be paid until
22 all of the administrative claims are in. In any decision that
23 the Court makes, I assume that it's going to think that it's not
24 likely to be overturned on appeal. I mean that's —
25      THE COURT: That's right.

*Motion to Stay Payment of Claim Pending Appeal* 4

1  MR. FINLEY: — that's almost a given.
2  THE COURT: But — but if you look at the standard, I
3  also have to weigh the standards that the Ninth Circuit provides
4  for me. And this is not something that affects the public
5  interest and at the same time we're talking about only a
6  monetary interest. And the Ninth Circuit tells me that that
7  does not constitute irreparable injury.
8   I've ruled.
9  MR. FINLEY: Thank you, Your Honor.
10  THE COURT: Thank you. Good luck to you.
11  THE CLERK: That concludes Item 5.
12  (The hearing was adjourned at 11:40 o'clock a.m.)
13   —oOo—
14
15
16
17
18
19
20
21
22
23
24
25

State of California        )
                           )   SS.
County of San Joaquin      )


I, Susan Palmer, certify that the foregoing is a true and correct transcript, to the best of my ability, of the above pages, of the digital recording provided to me by the United States Bankruptcy Court, Northern District of California, of the proceedings taken on the date and time previously stated in the above matter.

I further certify I am not a party to nor in any way interested in the outcome of this matter.

I am a Certified Electronic Reporter and Transcriber through the American Association of Electronic Reporters and Transcribers, Certificate No. 00124. Palmer Reporting Services is approved by the Administrative Office of the United States Courts to officially prepare transcripts for the U.S. District and Bankruptcy Courts.

Susan Palmer
Palmer Reporting Services

Dated October 2, 2007