UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, October 12, 2007
**Case Number:** CV-07-4084-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:        DIMAS, LLC.  V.  INVESTMENT GRADE LOANS, ET AL

            PLAINTIFF                              DEFENDANT

  **Attorneys Present: Steven Finley**      **Attorneys Present: Lawrence Smith for**
                                                      Milpitas Countryside

PROCEEDINGS:
   Hearing on Motion to Stay held.  Parties are present.
   The Court takes the motion under submission.