**E-filed 11/1/07**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

DIMAS, LLC,

    Plaintiff,

    v.

INVESTMENT GRADE LOANS,

    Defendants.

No. C-07-4084-JF

Clerks's Notice

_____

To: All Counsel and Parties in the above named action.

The Court has rescheduled the Status Conference currently scheduled for November 9, 2007. The new hearing date is Friday, January 11, 2008 at 10:30 AM.   The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 11/1/07            For the Court,
                          Richard W. Wieking, Clerk

                          Diana Munz
                          electronic signature
                          Courtroom Deputy