

**UNITED STATES BANKRUPTCY COURT**
Northern District of California
U.S. Courthouse and Federal Building
280 South First Street Room 3035
San Jose, California 95113-3099
(408) 535-5118

FILED
NOV -1 P 3: 51
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

**Gloria L. Franklin**
**Clerk of Court**

Richard W. Wieking, Clerk
United States District Court
280 South First Street
San Jose, CA 95113

14

    Re:  *Case Name: Dimas, LLC*
          *Case Number: 02-51420-MM*
          *Bankruptcy Judge Name: Marilyn Morgan*
          *District Court #: 5:07-CV-4084 JF*

Dear Mr. Wieking:

[ ] Enclosed please find the Notice of Appeal, certified copy of the docket and order being appealed and related papers from BAP and designated items to form the record on appeal for assignment to a district court judge.

[ ] Enclosed please find a conformed copy of the Notice of Appeal, Election to District Court document, as well as a certified copy of the docket and order being appealed for assignment to a district court judge.

[ ] Enclosed please find a conformed copy of the Notice of Appeal, Election to District Court document, a certified copy of the docket, the order being appealed, as well as Motion for Leave to Appeal / *Non-Final Order/Judgment* for assignment to a district court judge.

[X] Enclosed please find the record of designated items and a certificate of record for an appeal that has been previously sent to the district court.

[X] Enclosed please find the Appellant's Designation of Record.

[ ] Enclosed please find the Appellee's Designation of Record.

[X] Enclosed please find the Statement of Issues.

[ ] Enclosed please find the Motion for Leave to Appeal / *Non-Final Order/Judgment*.

[ ] Other.

Please acknowledge receipt of this appeal by stamping the district court case number on a copy of this letter and return it to Brook Esparza.

                                          Gloria L. Franklin, Clerk
                                          United States Bankruptcy Court

Dated: November 1, 2007                  By: *[signature]*
                                          Brook Esparza, Deputy Clerk