Steven C. Finley CSB# 074391
HENNEFER, FINLEY & WOOD, LLP
425 California Street, 19th Floor
San Francisco, CA 94104
Telephone: (415) 296-0111
Facsimile:  (415) 296-7111
Email: finley@finleydeaton.com

Special Counsel for Debtor and Appellant DIMAS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>DIMAS, LLC<br><br>Debtor and Appellant.<br><br>RE:<br><br>   Bankruptcy Case: 02-51420-MM<br>   Adversary No. 02-5453<br>   BAP No. n/a<br>   Appellant: Dimas LLC | Case No.: 5:07-CV-4084 JF<br><br>**APPELLANT'S STATUS REPORT**<br><br><br>Date: January 11, 2008<br>Time: 10:30 a.m.<br>Courtroom: Hon. Jeremy Fogel |

Appellant Dimas, LLC submits the following status report in connection with its appeal of the decision of the U.S. Bankruptcy Court allowing the claim of Milpitas Countryside Estates Development, Inc. ("MCED") and denying relief on the adversary proceeding brought by Dimas, LLC against MCED:

**I. Status of Appeal**

The record on appeal, together with Statement of Issues on Appeal has now been filed in the bankruptcy court and transmitted to this court.  As of this date, no briefing schedule has been set.

///

## II. Stay on Appeal

Dimas' request for stay on appeal was denied by the bankruptcy court. Dimas' motion to this court for stay on appeal was heard on October 12, 2007, at which time the court took the motion under submission to determine whether the stay could be granted based upon a modified supersedeas (adequate protection by funds in the estate) and whether it could or should refer this issue back to the bankruptcy court.

Dated: December 19, 2007                    Respectfully Submitted,


                                            HENNEFER, FINLEY & WOOD


                                            By       s/SCF
                                               Steven C. Finley
                                               Special Counsel for Debtor and Appellant
                                               DIMAS, LLC