UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIMAS, LLC,<br>    Plaintiff,<br>V.<br>INVESTMENT GRADE LOANS,<br>    Defendant. | Case Number CV-07-4084-JF<br><br>Status Conference<br><br>January 25, 2008<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The Status Conference set on January 11, 2008 is continued to January 25, 2008 at 10:30 a.m. before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

January 10, 2008                         For the Court
                                         Richard W. Wieking, Clerk


                                         By: /s/
                                         Diana Munz
                                         Courtroom Deputy Clerk