UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Status Conference, Friday, January 25, 2008
**Case Number:** CV 07-4084 JF
**Courtroom Deputy Clerk:** Corinne Lew
**Court Reporter:** Summer Clanton

| **TITLE:** | **DIMAS, LLC.** | **VS.** | **INVESTMENT GRADE LOANS, ET AL.,** |

**PLAINTIFF**
Dimas, LLC

**DEFENDANT**
Investment Grade Loans

**Attorneys Present:** Steven Finley (by telephone)   **Attorneys Present:** Lawrence Smith(by telephone)

PROCEEDINGS: Stauts Conference Held.

    Status Conference Held.  Parties are present.
    The court denied stay.
    Hearing set for Argument on Appeal on 5/30/08 at 9:00 a.m.