1  Steven C. Finley CSB# 074391
   HENNEFER, FINLEY & WOOD, LLP
2  425 California Street, 19th Floor
   San Francisco, CA 94104
3  Telephone: (415) 296-0111
   Facsimile:  (415) 296-7111
4  Email: SFinley@finleylaw.biz

5  Special Counsel for Debtor and Appellant DIMAS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No.: 5:07-CV-4084 JF |
| DIMAS, LLC | **STIPULATION EXTENDING TIME FOR FILING AND SERVICE OF APPELLANT'S OPENING AND APPELLEE'S OPPOSITION BRIEFS** |
|         Debtor and Appellant. | |
| RE: | |
| Bankruptcy Case: 02-51420-MM<br>Adversary No. 02-5453<br>BAP No. n/a<br>Appellant: Dimas LLC | |

The parties hereto, through their counsel, hereby stipulate, and respectfully request the court to order, that the time for filing appellant's opening brief and appellee's opposing brief be extended by 14 days in each case.

///

///

///

-1-
STIPULATION EXTENDING TIME FOR FILING AND SERVICE OF APPELLANT'S OPENING AND
RESPONDENT'S OPPOSITION BRIEFS

Accordingly, appellant's opening brief shall be due on April 8, 2008, and appellee's opposition brief shall be due on May 12, 2008, with appellant's reply brief due by May 22, 2008.

IT IS SO STIPULATED.

Dated: 3/3, 2008

Respectfully Submitted,

HENNEFER, FINLEY & WOOD

By _____
Steven C. Finley
Special Counsel for Debtor and Appellant
DIMAS, LLC

Dated: 3/4, 2008

Respectfully Submitted,

By _____
Lawrence E. Smith
Counsel for Appellee Milpitas Countryside
Estates Development, Inc.