Steven C. Finley CSB# 074391
HENNEFER, FINLEY & WOOD, LLP
425 California Street, 19th Floor
San Francisco, CA 94104
Telephone: (415) 296-0111
Facsimile:  (415) 296-7111
Email: SFinley@finleylaw.biz

Special Counsel for Debtor and Appellant DIMAS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>DIMAS, LLC<br><br>              Debtor and Appellant.<br><br>RE:<br><br>   Bankruptcy Case: 02-51420-MM<br>   Adversary No. 02-5453<br>   BAP No. n/a<br>   Appellant: Dimas LLC | Case No.: 5:07-CV-4084 JF<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR FILING AND SERVICE OF APPELLANT'S OPENING AND APPELLEE'S OPPOSITION BRIEFS** |

The Court, having been informed that the parties to this proceeding have so stipulated, orders that the time for filing appellant's opening brief and appellee's opposing brief shall be extended by 14 days in each case.  Accordingly, appellant's opening brief shall be due on April 8, 2008, and appellee's opposition brief shall be due on May 12, 2008, with appellant's reply brief due by May 22, 2008.

IT IS SO ORDERED.

_____
Honorable Jeremy Fogel
United States District Court Judge

* * * **END OF ORDER** * * *

-1-
[PROPOSED] ORDER EXTENDING TIME FOR FILING AND SERVICE OF APPELLANT'S OPENING AND RESPONDENT'S OPPOSITION BRIEFS

## COURT SERVICE LIST

Lawrence E. Smith
Law Offices of Lawrence E. Smith
18 Crow Canyon Court, Suite 205
San Ramon, CA 94583
E-mail: larry@lesmithlaw.com

Javed Ellahie
The Ellahie Law Firm
12 S. First St., Suite 600
San Jose, CA 95113
E-mail: javed@ellahie.net, ellahie@gmail.com

Christine H. Long
Berliner Cohen
10 Almaden Blvd, 11th Floor
San Jose, California 95113
E-mail: christine.long@berliner.com, cathy.sandifer@berliner.com

Laura Anne Palazzolo
Berliner Cohen
10 Almaden Blvd, 11th Floor
San Jose, California 95113
E-mail: laura.palazzolo@berliner.com, rebecca.revelez@berliner.com, victoria.maydanik@berliner.com

Michael E. Stone
Law Office of Michael E. Stone
3425 S. Bascom Ave., Suite I
Campbell, CA 95008
E-mail: mikeestone@yahoo.com

Marilyn Morgan
U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

U.S. Trustee/SJ
U.S. Federal Building
280 South First Street, #268
San Jose, CA 95113-3004

USBC Manager-San Jose
U.S. Bankruptcy Court
280 South First Street, Rm 3035
San Jose, CA 95113