1  Steven C. Finley CSB# 074391
   HENNEFER, FINLEY & WOOD, LLP
2  425 California Street, 19th Floor
   San Francisco, CA 94104
3  Telephone: (415) 296-0111
   Facsimile: (415) 296-7111
4  Email: finley@finleydeaton.com

5  Special Counsel for Debtor and Appellant Dimas, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re: | Case No.: 5:07-CV-4084 JF |
| --- | --- |
| DIMAS, LLC | |
| Debtor and Appellant. | |
| RE: | |
| Bankruptcy Case: 02-51420-MM<br>Adversary No. 02-5453<br>BAP No. n/a<br>Appellant: Dimas LLC | |

**APPENDIX TO APPELLANT'S OPENING BRIEF**

-1-
APPENDIX TO APPELLANT'S OPENING BRIEF

Debtor/Appellant Dimas, LLC submits the following exhibits referenced in Appellant's Opening Brief:

| Document No. | Document | Page Reference in Appellant's Opening Brief |
|---|---|---|
| 1 | Restatement (First) of Restitution §15 | 36, 37, 38, 45-47 |
| 2 | Restatement (First) of Restitution §40 | 36, 38 |
| 3 | In Re Dimas, LLC 2008 Dist. LEXIS 8901 | 4, 10, 11, 28 |
| 4 | Reporter's Transcript Vol. I – Testimony of Adrienne Rakitin | 27, 31, 44, 45 |
| 5 | Reporter's Transcript Vol. II – Testimony of Tony Hu | 17, 21, 24, 27, 30, 31, 39, 41, 43, 46 |
| 6 | Reporter's Transcript Vol. III – Testimony of John Ho | 21, 26, 28, 31, 44 |
| 7 | Reporter's Transcript Vol. III – Testimony of Christine Long | 6, 9, 14 |
| 8 | Reporter's Transcript Vol. III – Testimony of Lawrence E. Smith | 18 |
| 9 | Reporter's Transcript Vol. IV – Testimony of Robert Liu | 17, 46-47 |

Dated: April 8, 2008

Respectfully Submitted,
HENNEFER, FINLEY & WOOD, LLP

By: /s/ Steven C. Finley
Steven C. Finley
Special Counsel for Debtor and Appellant
Dimas, LLC