**Document No. 8**
**Reporter's Transcript, Volume III**
**Testimony of Lawrence E. Smith**

1

1   UNITED STATES BANKRUPTCY COURT

2   NORTHERN DISTRICT OF CALIFORNIA

3   (SAN JOSE DIVISION)

4

5   In re:

6   DIMAS, LLC,                          Case No. 02-51420-MM

7                                        Chapter 11

8                                        San Jose, California
                                         February 22, 2007
9                                        10:08 a.m.

            Debtor.
10   _____/

11   DIMAS, LLC and ADRIENNE RAKITIN,

12          Plaintiffs,

13      v.                               A.P. No. 02-5453

14   INVESTMENT GRADE LOANS;
     MILPITAS COUNTRYSIDE ESTATES
15   DEVELOPMENT and JOHN HO,

16          Defendants.
     _____/

17

18                     VOLUME III

19              TRANSCRIPT OF TRIAL PROCEEDINGS
        a) AMENDED COMPLAINT FOR DAMAGES: (1) CONCEALMENT;
20        (2) BREACH OF CONTRACT; (3) ACTION TO REDEEM;
             (4) CONSPIRACY - WRONGFUL FORECLOSURE;
21       (5) CONSTRUCTIVE TRUST; (6) DECLARATORY RELIEF;
        (7) INJUNCTION; (8) RECOVERY OF USURIOUS INTEREST AND
22              REQUEST FOR DECLARATORY RELIEF
        b) HEARING ON OBJECTION TO CLAIM RE: MILPITAS
23       COUNTRYSIDE ESTATES & DEVELOPMENT, INC.

24
          BEFORE THE HONORABLE MARILYN MORGAN
25           UNITED STATES BANKRUPTCY JUDGE

2

```
 1   APPEARANCES:

 2   For Dimas. LLC:              HENNEFER, FINELY & WOOD, LLP
                                  BY: STEVEN C. FINLEY, ESQ.
 3                                425 California Street, 19th Floor
                                  San Francisco, California 94104
 4

 5
     For Milpitas                 LAW OFFICES OF LAWRENCE E. SMITH
 6   Countryside and              BY: LAWRENCE E. SMITH, ESQ.
     John Ho:                     18 Crow Canyon Court #205
 7                                San Ramon, California 94583

 8

 9   Court Recorder:              JACKIE JARVIS
10                                UNITED STATES BANKRUPTCY COURT
                                  280 South First Street
11                                San Jose, California 95113

12

13
     Transcription Service:       Jo McCall
14                                Electronic Court
                                  Recording/Transcribing
15                                2868 E. Clifton Court
                                  Gilbert, Arizona 85297
16                                Telephone: (480-361-3790)

17

18

19

20

21

22

23

24

25
```

3

1                          I N D E X

2   Defense Witnesses:        Direct Cross Redirect Recross

3   Reuter, Alfred

4       By Mr. Smith              6

5

6

7   Plaintiff's Witnesses:

8   Long, Christine

9       By Mr. Finley           13              47
                                                51
10
        By Mr. Smith                    26              49
11                                                      51

12  Ho, John

13      By Mr. Finley           53             126

14      By Mr. Smith                   112

15

    Smith, Lawrence E.
16
        By Mr. Finely          146             153
17
        1.  By Mr. Smith                151
18

19
    Plaintiff's Rebuttal Witnesses:
20
    Rakitin, Adrienne
21
        By Mr. Finley          137
22
        By Mr. Smith                   142
23

24

25

4

```
 1                    I N D E X  (CONTINUED)

 2                    E X H I B I T S

 3

 4   Plaintiff's Exhibits                        Evid.

 5   25 through 30                                164

 6   24                                           167

 7   15                                           167

 8   16                                           167

 9   20                                           169

10

11
     Defense Exhibits:
12
     All Exhibits except BA                       172
13

14

15

16

17

18

19

20

21

22

23

24

25
```

151

1    only briefly.

2              MR. FINLEY: Thank you.  I have nothing further.

3              THE COURT: Do you have any questions --

4              MR. SMITH: Questions of myself?

5              (Laughter.)

6              I do actually have a few questions.

7                          CROSS-EXAMINATION

8    (BY MR. SMITH OF MR. SMITH.)

9              Question: And the questions I would have is well,

10   Mr. Smith, when did you first meet Adrienne Rakitin?  No

11   objection?

12             MR. FINLEY: I don't have an objection.

13             Anwer: I first met Adrienne Rakitin in my office

14   when she came with John Ho.

15             Question: And, Mr. Smith, what time -- do you

16   remember the date?

17             Answer: I don't recall the date specifically, but

18   I think it was some time around September 2000, maybe

19   earlier, maybe later.

20             Question: Mr. Smith, what was the purpose of that

21   meeting?

22             Answer: What I recall being discussed at that

23   meeting was that Ms. Rakitin had been sued or was under the

24   threat of a lawsuit by a man named Dan Snyder, and John Ho

25   was trying to assist her to resolve the dispute with Dan

1 | Snyder who she apparently was indebted to so that she could
2 | move forward with other people to develop the project.
3 |         MR. FINLEY: Before you go any further, Mr. Smith,
4 | I'd like to ask you whether Mrs. Rakitin was seeking any
5 | legal advice from you at that time?
6 |         MR. SMITH: No.  She wasn't.  And I made it quite
7 | clear to Ms. Rakitin at that time that I was representing
8 | John Ho and she acknowledged that I was representing only
9 | John Ho and he was trying to assist her and I was listening
10 | to see what she had to say to see if I could advise John as
11 | to what steps he might take on her behalf.
12 |         MR. FINLEY: What steps Mr. Ho might take on her
13 | behalf.
14 |         MR. SMITH: Right.
15 |         MR. FINLEY: So you were advising Mr. Ho as to how
16 | he could help Ms. Rakitin.  Is that what you're saying?
17 |         MR. SMITH: Yes.
18 |         MR. SMITH: Question: And did Ms. Rakitin say
19 | anything about a relationship with Mr. Ho during that
20 | meeting?
21 |         Answer: Yes.
22 |         Question: And what did she say?
23 |         Answer: She said that Mr. Ho was her savior, that
24 | she trusted him like a son, that she gave him complete
25 | authority to do whatever was necessary and that whatever

153

1   John Ho recommended, she would do.

2           Question: Did you have any further conversations

3   with Ms. Rakitin after that meeting?

4           Answer: I think Ms. Rakitin may have called my

5   office a couple of times looking for John Ho because she

6   couldn't contact Mr. Ho.  But that was the extent of it.

7           MR. FINLEY: Okay.  Then I have some follow-up

8   questions for you, Mr. Smith.

9                    REDIRECT EXAMINATION

10  BY MR. FINLEY:

11  Q    When was that meeting with Ms. Rakitin and Mr. Ho?

12  You said September of 2000?

13  A    I don't specifically recall.  Maybe Ms. Rakitin does.

14  Q    And you say it was in connection with a suit that Mr.

15  Snyder had filed?

16  A    Either a suit or threatened suit by Mr. Snyder for

17  some money that he had invested in the project or something

18  like that.

19  Q    Were you shown a copy of the complaint?

20  A    I think so.

21  Q    And were you going to represent Mr. Ho in that

22  complaint, being named as a defendant?

23  A    No.  I don't know that Mr. Ho was named as a

24  defendant.

25  Q    I'm asking you the question.

173

1
2
3
4
5                  CERTIFICATE OF TRANSCRIBER
6
7            I certify that the foregoing is a correct
8     transcript from the digital sound recording of the
9     proceedings in the above-entitled matter.
10
11    DATED: September 17, 2007
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Document No. 9**
**Reporter's Transcript, Volume IV**
**Testimony of Robert Liu**

1

1    UNITED STATES BANKRUPTCY COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3    (SAN JOSE DIVISION)

4

5    In re:

6    DIMAS, LLC,                          Case No. 02-51420-MM

7                                         Chapter 11

8                                         San Jose, California
                                          February 23, 2007
9                                         10:05 a.m.
          Debtor.
10   _____/

11   DIMAS, LLC and ADRIENNE RAKITIN,

12        Plaintiffs,

13        v.                              A.P. No. 02-5453

14   INVESTMENT GRADE LOANS;
     MILPITAS COUNTRYSIDE ESTATES
15   DEVELOPMENT and JOHN HO,

16        Defendants.
     _____/

17

18                    **VOLUME IV**

19            TRANSCRIPT OF TRIAL PROCEEDINGS
          a) AMENDED COMPLAINT FOR DAMAGES: (1) CONCEALMENT;
20          (2) BREACH OF CONTRACT; (3) ACTION TO REDEEM;
              (4) CONSPIRACY - WRONGFUL FORECLOSURE;
21        (5) CONSTRUCTIVE TRUST; (6) DECLARATORY RELIEF;
          (7) INJUNCTION; (8) RECOVERY OF USURIOUS INTEREST AND
22              REQUEST FOR DECLARATORY RELIEF
          b) HEARING ON OBJECTION TO CLAIM RE: MILPITAS
23          COUNTRYSIDE ESTATES DEVELOPMENT, INC.

24
          BEFORE THE HONORABLE MARILYN MORGAN
25          UNITED STATES BANKRUPTCY JUDGE

2

1  APPEARANCES:

2  For Dimas. LLC:              HENNEFER, FINELY & WOOD, LLP
                                 BY: STEVEN C. FINLEY, ESQ.
3                                425 California Street, 19th Floor
                                 San Francisco, California 94104
4

5
    For Milpitas                LAW OFFICES OF LAWRENCE E. SMITH
6   Countryside and             BY: LAWRENCE E. SMITH, ESQ.
    John Ho:                     18 Crow Canyon Court #205
7                                San Ramon, California 94583

8

9
    Court Recorder:             JACKIE JARVIS
10                               UNITED STATES BANKRUPTCY COURT
                                 280 South First Street
11                               San Jose, California 95113

12

13
    Transcription Service:      Jo McCall
14                               Electronic Court
                                 Recording/Transcribing
15                               2868 E. Clifton Court
                                 Gilbert, Arizona 85297
16                               Telephone: (480-361-3790)

17

18

19

20

21

22

23

24

25

3

```
 1                     I N D E X

 2   Defense Witnesses:      Direct  Cross  Redirect  Recross

 3   Reza, Paul V.

 4        By Mr. Smith          5              22

 5        By Mr. Finley               16

 6

 7   Liu, Robert

 8        By Mr. Smith         24              70

 9        By Mr. Finley               48

10   Rakitin, Adrienne

11        By Mr. Smith         71

12

13                   E X H I B I T S

14   Defense Exhibits:                          Evid.

15   BA                                          74

16

17   Plaintiff's Exhibits:

18   31                                          74

19

20

21

22

23

24

25
```

27

1  residence, his old residence, his house.  That's where the
2  meeting was host.
3  Q    And the same potential investors came to all of these
4  meetings.
5  A    Yes, that's correct.
6  Q    And Mr. Ho came to all of these meetings?
7  A    That's correct.
8  Q    And did any of these potential investors actually give
9  money to Mr. Ho or invest money with Mr. Ho?
10 A    Only Jerry Wang and Michael Jeng.
11 Q    And do you know when they first gave Mr. Ho any money?
12 A    Right after they signed the contract, the initial
13 contract with Mr. Ho, that's when they paid.
14 Q    And do you recall when that contract was signed?
15 A    The contract was in that year somewhere.  I don't
16 recall the exact date.
17 Q    Did Mr. Ho tell you that he was the owner of the
18 property?
19 A    No, he didn't say he was the owner of the property, but
20 he did show me that he has -- he has one piece of paper that
21 shows that he has power of attorney from the property owner,
22 Mrs. Rakitin, that Mr. Ho is the sole project manager, and
23 he's in total control of the entire project.
24 Q    Did he show that paper to you?
25 A    Yes, he did.

51

1   made statements was correct or not.

2   Q    Okay.  Exhibit 2.  Would you have a look at that,

3   please.  It's a letter of April 10.

4   A    Yes.

5   Q    Is that the power of attorney?

6   A    This is not a power of attorney statement, but Mr. Ho

7   says that he has power of attorney.

8   Q    Okay.  But did Mr. Ho actually show -- are you familiar

9   with what a power of attorney is?  It's a formal notarized

10  document.

11  A    Yes.

12  Q    Did you ever see a formal notarized power of attorney

13  from Dimas to Mr. Ho?

14  A    I don't recall ever seeing it.

15  Q    Right.

16  Q    And did Mr. Ho show you this letter?  This is Exhibit

17  2.

18  A    Yes, he did.

19  Q    Okay.

20  A    He showed me this letter and he say he has power of

21  attorney.

22  Q    Okay.  But he didn't show it to you.

23  A    No.

24  Q    All right.  Now, as I understand it, you were the one

25  who located Mr. Hu through your father as a potential

65

1   see that?

2   A    Yes, I do.

3   Q    You witnessed this document, right?

4   A    Yes, I did.

5   Q    And it was very shortly after this, the next day, that

6   you provided a check for 29,939 to Investment Grade Loans;

7   wasn't it?

8   A    Correct.

9   Q    So it's true, isn't it, that when Mrs. Rakitin received

10  that check, that it was pursuant to this joint venture

11  agreement?

12  A    Yes.

13  Q    Okay.  And the same is true of the $10,000, right?

14  A    That's correct.

15  Q    Okay.  Now the meeting that you had that you mentioned

16  where Mrs. Rakitin you say acknowledged a loan -- I'm

17  referring you to the meeting with Mr. Hu and Al Reuter in

18  June of 2002, you know with the white board and the figures?

19  A    Yes.

20  Q    Okay.  Isn't it true that the purpose of that meeting

21  was to try to get the joint venture back on foot and proceed

22  with it with Mr. Hu?

23  A    It was -- you see -- because Mrs. Rakitin felt not to

24  trust Mr. Ho anymore, so she want to deal directly with Mr.

25  Hu.  So he was now trying to bring the old joint venture

82

1
2
3
4
5                    CERTIFICATE OF TRANSCRIBER
6
7            I certify that the foregoing is a correct
8    transcript from the digital sound recording of the
9    proceedings in the above-entitled matter.
10
11   DATED: September 25, 2007
12
13                        By:   /s/ Jo McCall
14
15
16
17
18
19
20
21
22
23
24
25