PROOF OF SERVICE
[Code Civ. Proc. § 1013(a)]

I, the undersigned, declare that I am over the age of eighteen (18) years, and not a party to the within entitled action. I am employed at Hennefer, Finley & Wood, LLP, 425 California Street, 19th Floor, San Francisco, CA 94104. On the date listed below, I caused the following document(s) to be served:

1. **APPELLANT'S OPENING BRIEF**; and
2. **APPENDIX TO APPELLANT'S OPENING BRIEF**.

on the parties in said cause, by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| Lawrence E. Smith, Esq.<br>Law Offices of Lawrence E. Smith<br>18 Crow Canyon Court, Suite 205<br>San Ramon, CA 94583 | *Via Federal Express* |
| Clerk of the Court<br>United States District Court<br>Northern District of California<br>280 South First Street<br>Courtroom 3, 5th Floor<br>San Jose, CA 95113-3099 | *Via Federal Express* |

      **BY MAIL** Having full knowledge of the outgoing mail system at this firm, in that all mail in the outgoing basket is deposited each evening in the United States Mail, in the City and County of San Francisco, State of California, I enclosed a true copy of said document(s) in a sealed envelope, with fully-paid postage thereon in the outgoing mail basket.

X    **BY FEDERAL EXPRESS MAIL** I caused each such envelope to be deposited into a designed Federal Express mail box for pick up on the date of execution of this Declaration.

      **BY FACSIMILE** I caused the said document to be transmitted by Facsimile machine to the number indicated above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 8, 2008 at San Francisco, California.

                                                                         Meg Isaak

HENNEFER, FINLEY & WOOD, LLP
ATTORNEYS AT LAW