UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, May 30, 2008
**Case Number:** CV-07-4084-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:** **DIMAS, LLC. V. INVESTMENT GRADE LOANS, ET AL**

| PLAINTIFF | DEFENDANT |
|---|---|
| **Attorneys Present: Steven Finley** | **Attorneys Present: Lawrence Smith for** Milpitas Countryside |

---

PROCEEDINGS:

Argument on Bankruptcy Appeal held. Parties are present.
The Court takes the issues under submission.